UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LANDON TOMPKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01381-MPB-TAB |
| | ) | |
| MATHEMA Ofc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

For the reasons detailed in the accompanying Order, the Court now enters **FINAL JUDGMENT**. The action is **dismissed with prejudice.**

Dated: April 22, 2024

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

LANDON TOMPKINS
228217
Miami Correctional Facility - BH/IN
3038 West 850 South
Bunker Hill, IN 46914-9810